# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LINDA UNDERWOOD, *et al.*,

            Plaintiffs,

vs.

PALMS PLACE, LLC,

            Defendant.

Case No. 2:09-cv-00700-RLH-PAL

**ORDER**

Before this court is the joint status report (Dkt. #39) filed by the parties on June 28, 2010. The parties indicate an arbitration case conference scheduled for the week of June 28, 2010, and that they anticipate that scheduling issues and other matters will be discussed during the conference. Accordingly,

**IT IS ORDERED** that the parties shall file a supplemental joint status report advising the court of the status of arbitration proceedings no later than 4:00 p.m. on August 6, 2010.

Dated this 7th day of July, 2010.

                                    PEGGY A. LEEN
                                    UNITED STATES MAGISTRATE JUDGE